NAPOLEON J. HAINES, Respondent, *v.* JOHN H. DeMOTT et al.,
Appellants.

(Argued January 24, 1890; decided January 31, 1890.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made May 16, 1888, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*William Fullerton* for appellants.

*John H. V. Arnold* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.